

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00892-CV

Dora **GULLEY**,
Appellant

v.

**STATE FARM LLOYDS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Sol Casseb, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee State Farm Lloyds recover its costs of appeal from appellant Dora Gulley.

SIGNED December 23, 2014.

_____
Rebeca C. Martinez, Justice